# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In Re Innovatio IP Ventures, LLC, Patent Litigation | Case No. 1:11-cv-09308 |
| | Judge James F. Holderman |
| This Document Relates To: | Magistrate Judge Sidney Schenkier |
| All Cases | |

## ORDER OF DISMISSAL

On this day, Innovatio IP Ventures, LLC ("Innovatio") and Hewlett-Packard Company ("HP") announced to the Court that they have settled their respective claims for relief asserted in the above-captioned actions. The Court, having considered this request, is of the opinion that their request for dismissal should be GRANTED.

IT IS THEREFORE ORDERED that (1) all claims, cross-claims, and counterclaims made by Innovatio against HP in the above-captioned actions, including Case Nos. 1:11-cv-09308 (consolidated) and 1:12-cv-2773 (originally 12-cv-1076 (N.D. Cal.)), are dismissed, with prejudice to the re-filing of same; (2) all claims and counterclaims made by Innovatio against HP customers in any of the actions consolidated in Case No. 1:11-cv-09308 (including, but not limited to 1:11-cv-1638[1]) based on their making (including using any apparatus or practicing any method in making), using, selling, offering for sale, leasing, exporting, importing, or otherwise disposing of any HP product or any combination of HP product with one or more items are dismissed, with prejudice to re-filing of same; (3) all claims and counterclaims made by HP against Innovatio with respect to non-infringement, license, and patent exhaustion as to the HP

---

[1] Separate orders will be entered for such customers in the appropriate customer actions.

products accused in the above-captioned actions are dismissed, with prejudice to the re-filing of same; (4) all claims and counterclaims made by HP against Innovatio with respect to invalidity in the above-captioned actions are dismissed, without prejudice to the re-filing of same; and (5) HP's pending motion for leave to file an amended complaint [Dkt No. 980] is withdrawn as moot.

Signed this 26TH day of February, 2014.

_____
JAMES F. HOLDERMAN
UNITED STATES DISTRICT JUDGE